Minute Order Form (rev. 4/99)

MAGISTRATE JUDGE DENLOW

**FILED**
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE PALLMEYER | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1024 | DATE | DECEMBER 20, 2007 |
| CASE TITLE | US v. RUSHON AVANT | | 07CR 0860 |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _[signature]_

Docket Entry:

THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#