## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

On the court's own motion, arraignment set for 1/2/2008 is stricken and reset to 1/3/2008 at 10:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|