## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 1/3/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

Status hearing held on 1/3/2008. Arraignment reset to 1/7/2008 at 9:00.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|