# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 1/14/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

Bond hearing held on 1/14/2008. Government's oral motion to revoke bond is granted. Defendant to surrender to the U. S. Marshal's Office on 1/15/2008 at 12:00 noon.

Docketing to mail notices.

00:11

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 1/14/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

Bond hearing held on 1/14/2008. Government's oral motion to revoke bond is granted. Defendant to surrender to the U. S. Marshal's Office on 1/15/2008 at 12:00 noon.

Docketing to mail notices.

00:11

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 1/14/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

Bond hearing held on 1/14/2008. Government's oral motion to revoke bond is granted. Defendant to surrender to the U. S. Marshal's Office on 1/15/2008 at 12:00 noon.

Docketing to mail notices.

00:11

| | Courtroom Deputy Initials: | ETV |
|---|---|---|