# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 1/15/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

By agreement, 16.1 conference to be held by or on 1/29/2008. Pretrial motions to be filed by or on 2/12/2008. Government's response to be filed by or on 2/19/2008. Status hearing set for 2/21/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|