## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

Status hearing held on 2/21/2008. Change of plea hearing set for 3/21/2008 at 11:00. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiations. (X-7)

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|