# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 3/21/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

Change of plea hearing set for 3/21/2008 is stricken and reset to 4/18/2008 at 9:30. Order excludable time to continue pursuant to 18:3161(h)(1))(I) for plea negotiations. (X-7)

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|