## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

By agreement, change of plea hearing set for 5/23/2008 is stricken and reset to 5/2/2008 at 9:30. Order excludable time to continue pursuant to 18:3161(h)(1))(I) for plea negotiations. (X-7)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|