## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 5/2/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held.  Defendant withdraws plea of not guilty and enters plea of guilty to Counts 1, 2 and 3.  Defendant informed of rights.  Judgment of guilty entered.  Cause referred to the probation office for a presentence investigation.  Sentencing set for 7/11/2008 at 10:30 AM.

Docketing to mail notices.

00:24

| | |
|---|---|
| Courtroom Deputy Initials: | ETV |