

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 860 - 1 | **DATE** | 8/18/2008 |
| **CASE TITLE** | USA vs. Rushon Avant | | |

**DOCKET ENTRY TEXT**

Motion of the United States for entry of Preliminary Order Of Forfeiture [18] granted. IT IS HEREBY ORDERED: That, pursuant to the provisions of 18 U.S.C. §§922(g) and 924(c), to which defendant Rushon Avant pled guilty, a Smith and Wesson, Model SW9VE, 9 mm pistol bearing Serial Number PBP6185; and 16 rounds of 9 mm caliber bullets, are subject to forfeiture as property involved in a knowing violation of 18 U.S.C. §§ 922(g)(1) and 924(c). This court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order. Enter Preliminary Order Of Forfeiture.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG 18 PM 5:53
FILED